ORIGINAL   SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 APR 11  PM 1: 30

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

JOSHUA DAVID LANE (1)

CRAIG GIBSON WILBUR (2)
  aka "Wheezy"

MARICELLA NICOLE SEGOVIANO (3)

JAMES DAYTON ANDERSEN (4)
  aka "Popeye"

DONALD FRANKLIN WILLIAMS (5)

TANYA LYNN SCROGGINS (6)
  aka "Tanya Lynn Burns"

MATTHEW RANDALL AGAN (7)

JUSTIN RAY MONROE (8)

MIRIAM CRYSTAL HERRERA (9)

RALPH JAY ADAMS (10)
  aka "Evil"

HEATHER MICHELLE BERNHAGEN (11)

ANDRIA DOLORES BOUCHER (12)

WILLIAM DOUGLAS BOURNE (13)

JERRY CARDENAS, JR. (14)

PRISCELLA MARIE CASTANEDA (15)

SARAH MARIE CHAMBERLAIN (16)
  aka "Sarah Marie Hammons"

ANTHONY RAY CHAMBERLAIN (17)
  aka "Big Ant"

JOSHUA LYNN CLAYTON (18)
  aka "Joker"

AMBER CHERIE COOK (19)

STEPHEN BRADLEY COOK (20)

FILED UNDER SEAL

NO. 3:18-CR-6-D

Supersedes Indictment returned on
March 6, 2018

The first nine defendants were
previously indicted; the following 48
are listed in alphabetical order, as
opposed to culpability or hierarchy.

JERRY DEWAYNE COX (21)

SHAWN ALLEN DAVIS (22)
  aka "Suicide"

BILLY JOE DUKE (23)

ALEXANDRA NICHOLE DYER (24)
  aka "NaNa"

VINCENT DANIEL FANUS (25)

AMANDA MARIE GALLIPPO (26)

FOREST GEFFERT (27)
  aka "Diamond"

TYLER JACOB GEHRKE (28)
  aka "Greedy"

ERIC PHILLIP GROSS (29)

JEFFREY SCOTT HATFIELD (30)

JOHN PAUL HENDERSON (31)
  aka "JP"

ELISSA SEGOVIA HERRERA (32)

RANDI MICHELLE JACKSON (33)

JASON JAIME (34)

GARRY CODY JONES (35)

ADAM TYLER LAMBERT (36)

CHRISTOPHER DEAN LANCASTER (37)

JASON DAVON LAURENSON (38)

JERRY WAYNE LUNSFORD (39)
  aka "Looney"

FRANCISCO JACOBO MAESTAS (40)
  aka "Freaky"

ARTHUR MARIN, JR. (41)

DERRICK SHAWN MCCOY (42)
  aka "Taz"

ASHLEY RENEE MERRITT (43)

JUSTIN MARK NELSON (44)
  aka "Animal"

**FILED UNDER SEAL**

JORGE ALBERTO NEVAREZ (45)

ASHLEY NICOLE NORRIS (46)

KRISTEN BLAZE O'MEARA (47)
  aka "Purple"

MICHELLE MARIE PACE (48)

JOSIAH DAVID PHILLIPS (49)

LAWRENCE BRYCE PROBECK (50)

GARY WAYNE RATLIFF (51)
  aka "Bama"

COREY EVAN ROBESON (52)
  aka "Face"

BAILEY WAYNE SANDERS (53)

RENE SOLIS (54)

JEFFREY DAVID STALEY (55)

NGHIA PHUOC TRAN (56)

JOSE LUIZ ZAVALA  (57)
  aka "Wicho"

**FILED UNDER SEAL**

## THIRD SUPERSEDING INDICTMENT

The United States Grand Jury charges:

### Introduction

1.    At all times relevant to the Third Superseding Indictment, the defendants were members of, associated with, or performed drug transactions with various white supremacists organizations or individuals, including the "Aryan Circle," the "Aryan Brotherhood of Texas," the "Aryan Brotherhood," the "Peckerwoods," the "Soldiers of Aryan Culture," and the "Dirty White Boys," and engaged in a conspiracy to distribute methamphetamine and other illegal narcotics throughout the Northern District of Texas and elsewhere.  Certain defendants used firearms and physical violence to further their drug trafficking activities.

## **Criminal Organizations**

2.      The "Aryan Circle" was a white supremacist gang based primarily in Texas. The Aryan Circle prison gang formed when certain ABT members splintered off to form what they believed was a more ideologically pure group.  Aryan Circle members believed in the complete separation of the races.  The Aryan Circle was also an organized crime group, but, in recent years, its white supremacy ideology often took a backseat to traditional criminal ventures, such as drug-dealing.

3.      The "Aryan Brotherhood of Texas" (ABT) was a white supremacist gang based in Texas.  The ABT originated in Texas prisons in the 1980s.  The ABT offered protection to Caucasian inmates if they joined the gang.  Over time, the ABT expanded and maintained a presence outside of prisons.  ABT members referred to the gang as the "family."  The ABT was also an organized crime group that put its "business" interests ahead of ideology in recent years.  These business interests often take the form of criminal ventures, including drug-dealing.

4.      The Aryan Brotherhood, which was sometimes referred to as the "Brand," was a white supremacist organization believed to have formed in prisons in California in the 1960s.  The Aryan Brotherhood is believed to have had up to 20,000 members, both inside and outside of prison.  There was no connection between the Aryan Brotherhood and the ABT in terms of origination or leadership.  Members of the Aryan Brotherhood are often involved in the distribution of illegal narcotics.

5.      The term "Peckerwood" was often used to describe an individual who, although not as member, shared a white supremacist ideology or aligned his or herself,

with other white supremacist organizations, such as the Aryan Circle or ABT. Individuals often resisted or denied membership with those groups because confirmed or documented membership typically resulted in administrative segregation within the Texas Department of Criminal Justice or other prison systems. This was typically viewed by prisoners as a less desirable way in which to serve prison time. Nonetheless, these individuals sought to indicate where their alliances resided through their identification as a "Peckerwood." Members were often referred to collectively as "Peckerwoods" or the "Wood Pile." Female members were often referred to as "Featherwoods." Other white supremacist organizations, such as the Aryan Circle or ABT also often referred to their members as "Peckerwoods" or "Woods." Despite their alliances with other white supremacists, the white supremacy ideology of Peckerwoods often takes a backseat to traditional criminal ventures, such as drug-dealing.

6.      The Soldiers of Aryan Culture was a white supremacist gang formed in Utah in the mid-1990s. Members often tattooed the initials S.A.C. on their face or neck. The code of conduct required members to attack individuals they believe to be "snitches." Members of the Soldiers of Aryan Culture are often involved in the distribution of illegal narcotics.

7.      The "Dirty White Boys" is a criminal organization, which originated in the Federal Bureau of Prisons in 1985 and stems from the name of a prison softball team. The Dirty White Boys gang is closely associated with the ABT and other white supremacy organizations. The Dirty White Boys gang was involved in the distribution of illegal narcotics.

8.      Despite their differences, the Aryan Circle, ABT, Aryan Brotherhood, Peckerwoods, Soldiers of Aryan Culture, and the Dirty White Boys often collaborate with each other and with Mexican gangs and cartels for purposes of drug distribution or other illegal ventures.

9.      Puro Tango Blast or Tango Blast is the term used to describe a group of criminal street and prison gangs that were based in Texas. Members were predominantly Hispanic, and each regional group was called a "tango." Tango Blast had a relaxed membership requirement and little to no detectable leadership hierarchy. Tango Blast members do not have to follow orders, attend organizational meetings, or pay other Tango members to be active; they also do not have to participate in any gang activities when they are out of prison. Tango Blast members are often involved in the distribution of illegal narcotics.

## Defendants

At all times relevant to this Third Superseding Indictment:

10.      Up to seventeen of the above listed defendants, including **Andria Dolores Boucher, Sarah Marie Chamberlain, Anthony Ray Chamberlain, Jerry Dewayne Cox, Shawn Allen Davis, Vincent Daniel Fanus, Amanda Marie Gallippo, Forest Geffert, Tyler Jacob Gehrke, Eric Phillip Gross, John Paul Henderson, Jason Jaime, Christopher Dean Lancaster, Justin Mark Nelson, Kristin Blaze O'Meara, Lawrence Bryce Probeck,** and **Corey Evan Robeson**, were members or close associates of the Aryan Circle.

11.     Up to seven of the above listed defendants, including **Ralph Jay Adams,
Joshua Lynn Clayton, Billy Joe Duke, Garry Cody Jones, Jerry Wayne Lunsford,
Derrick Shawn McCoy,** and **Bailey Wayne Sanders**, were members or close associates
of the ABT.

12.     Up to four of the above listed defendants, including **James Dayton
Anderson, Tanya Lynn Scroggins, Craig Gibson Wilbur, Jr.,** and **Donald Franklin
Williams**, were members or close associates of the Aryan Brotherhood.

13.     Up to three of the above listed defendants, including **Randi Michelle
Jackson, Joshua David Lane,** and **Ashley Renee Merritt**, were members or close
associates of the Soldiers of Aryan Culture.

14.     Up to two of the above listed defendants, including **Jason Davon Laurenson**
and **Ashley Nicole Norris** were members or close associates of the Peckerwoods.

15.     Up to one of the above listed defendants, including **Gary Wayne Ratliff**,
was a member or close associate of the Dirty White Boys.

16.     Up to six of the above listed defendants, including **Heather Michelle
Bernhagen, Jerry Cardenas, Jr., Alexandra Nichole Dyer, Francisco Jacobo Maestas,
Arthur Marin, Jr.,** and **Jose Luiz Zavala** were members or close associates of Tango
Blast.

## Count One
Conspiracy to Commit Kidnapping
[Violation of 18 U.S.C. § 1201(c) (18 U.S.C. § 1201(a)(1)); 18 U.S.C. § 2.]

17.    The allegations contained in paragraphs 1 through 16 are realleged and fully incorporated herein.

18.    In or about January 2018 and February 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Ralph Jay Adams, Justin Mark Nelson, Jerry Wayne Lunsford,** and **Amanda Gallippo** knowingly and willfully did combine, conspire, and agree with each other and with other persons both known and unknown to the Grand Jury to commit kidnapping, that is to seize, confine, kidnap, and hold an individual, known to the Grand Jury as "Victim A," for some purpose and benefit, that is to obtain money or drugs that the defendants believed was in the custody or control of Victim A, and the defendants did use instrumentalities of interstate commerce, to wit: (1) a firearm, and (2) cellular telephones, in committing and in furtherance of the commission of this offense.

### **Objects of the Conspiracy**

19.    The object of the conspiracy to kidnap Victim A because certain defendants (**Adams** and **Lunsford**) believed Victim A had stolen drug proceeds that these defendants believed belonged to them.  **Nelson** had actually stolen these proceeds and engaged in the kidnapping of Victim A to convince others that Victim A had stolen these funds, as opposed to **Nelson**.

## Manner and Means of the Conspiracy

20.     It was part of the conspiracy that the defendants held Victim A against his will.

21.     It was part of the conspiracy that the defendants threatened and used actual physical force against Victim A.

22.     It was part of the conspiracy that certain defendants ordered Victim A to be killed.

## Overt Acts in Furtherance of the Conspiracy

23.     **Nelson** negotiated a transaction involving $600 worth of methamphetamine with **Adams** and **Lunsford**.

24.     Victim A was assigned by **Adams** and **Lunsford** to pick up the methamphetamine from **Nelson** and deliver the agreed upon money.  Victim A traveled to 622 Autumn Leaves Trail in Grand Prairie, Texas for this purpose.

25.     **Nelson** obtained the money from Victim A but did not give Victim A the agreed upon drugs in exchange.  Instead, **Nelson** stole the money.

26.     Defendants **Adams** and **Lunsford** demanded an explanation from Victim A regarding the money/methamphetamine. Victim A explained that he had not received the money from Defendant **Nelson**.  **Adams**, **Lunsford**, and others traveled to 622 Autumn Leaves Trail to confront **Nelson**.

27.     Once there, **Nelson** identified himself as a member of the Aryan Circle and **Adams** and **Lunsford** identified themselves as members of the ABT.  **Nelson** falsely, but convincingly, claimed that Victim A had stolen the money from **Adams** and **Lunsford**.

**Third Superseding Indictment – Page 9**

28.     **Adams, Lunsford, Nelson,** and **Gallippo** – who were all present at 622 Autumn Leaves Trail – then held Victim A against his will and would not allow him to leave that location.

29.     During this period, **Adams** pointed a pistol at Victim A's head.

30.     During this period, **Lunsford** threatened to kill Victim A.

31.     During this period, **Nelson** used a black hatchet to chop off a portion of Victim A's left index finger.

32.     During this period, **Gallippo** hit Victim A with a large wooden object on the back of Victim A's head in attempt to render Victim A unconscious.

33.     Victim A was held by these defendants for several days against his will.

34.     **Adams** and **Lunsford** agreed that **Nelson** would take Victim A to another location and kill Victim A.  **Nelson** did not go through with the killing and instead eventually let Victim A go.

*All in violation of 18 U.S.C. § 1201 ( c) and 18 U.S.C. § 1201 (a)(1).*

Count Two
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846 and 18 U.S.C § 2]

35.    The allegations contained in paragraphs 1 through 34 are realleged and fully incorporated herein.

The Conspiracy

36.    Between in or about October 2015, and in or about April 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Joshua David Lane, Craig Gibson Wilbur, Maricella Nicole Segoviano, James Dayton Andersen, Donald Franklin Williams, Tanya Lynn Scroggins, Matthew Randall Agan, Justin Ray Monroe, Miriam Crystal Herrera, Ralph Jay Adams, Heather Michelle Bernhagen, William Douglas Bourne, Jerry Cardenas, Jr., Priscella Marie Castaneda, Sarah Marie Chamberlain, Anthony Ray Chamberlain, Joshua Lynn Clayton, Amber Cherie Cook, Stephen Bradley Cook, Jerry Dewayne Cox, Shawn Allen Davis, Billy Joe Duke, Alexandra Nichole Dyer, Vincent Daniel Fanus, Amanda Marie Gallippo, Forest Geffert, Tyler Jacob Gehrke, Eric Phillip Gross, Jeffrey Scott Hatfield, John Paul Henderson, Elissa Segovia Herrera, Randi Michelle Jackson, Jason Jaime, Garry Cody Jones, Adam Tyler Lambert, Christopher Dean Lancaster, Jason Davon Laurenson, Jerry Wayne Lunsford, Francisco Jacobo Maestas, Arthur Marin, Jr., Derrick Shawn McCoy, Ashley Renee Merritt, Justin Mark Nelson, Jorge Alberto Nevarez, Ashley Nicole Norris, Kristin Blaze O'Meara, Michelle Marie Pace, Lawrence Bryce Probeck, Gary Wayne Ratliff, Bailey Sanders, Rene Solis, Jeffrey David Staley, Nghia Phuoc Tran,** and **Jose Luiz Zavala** knowingly and intentionally

combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); all in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

### Manner and Means of the Conspiracy

During the conspiracy as alleged herein, it was part of the conspiracy that one or more of the defendants and conspirators would:

37.     Arrange for the acquisition of methamphetamine from persons both known and unknown to the Grand Jury.

38.     Arrange for the distribution and delivery of methamphetamine to persons both known and unknown to the Grand Jury.

39.     Utilize stash houses and other locations to store quantities of methamphetamine.

40.     Act as intermediaries and brokers to negotiate the acquisition, price, delivery, and payment for quantities of methamphetamine.

41.     Sell or purchase methamphetamine from one another or for other persons known and unknown to the Grand Jury.

42.     Utilize cellular telephones to discuss, negotiate, and facilitate drug transactions.

43.     Each of the conspirators listed herein was linked to one another either directly or through another conspirator.  Certain conspirators acted as hubs for narcotics trafficking, supplying methamphetamine to numerous other conspirators.

44.     Certain conspirators did not know the identity of all of the other conspirators and did not know all of the details or all of the activities undertaken by other conspirators. There was no formal agreement entered into by the conspirators, instead, the conspirators entered into the conspiracy through their actions and drug transactions.

*All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).*

Counts Three through Fifty
Possession of a Controlled Substance with Intent to Distribute
[Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2]

45.    The allegations contained in paragraphs 1 through 44 are realleged and fully incorporated herein.

46.    On or about the dates listed below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants listed below, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(l) and (b)(1)(C) and 18 U.S.C. § 2.

| Count | Defendant | On/In or About |
|-------|-----------|----------------|
| 3 | Joshua David Lane | November 27, 2017 |
| 4 | Craig Gibson Wilbur | July 11, 2017 |
| 5 | James Dayton Andersen | September 27, 2017 |
| 6 | Maricella Nicole Segoviano | July 11, 2017 |
| 7 | Donald Franklin Williams | December 30, 2017 |
| 8 | Tanya Lynn Scroggins | September 27, 2017 |
| 9 | Justin Ray Monroe | Jan. & Feb. 2018 |
| 10 | Miriam Crystal Herrera | February 6, 2018 |
| 11 | Heather Michelle Bernhagen | January 28, 2016 |
| 12 | William Douglas Bourne | August 24, 2017 |
| 13 | Jerry Cardenas, Jr. | November 17, 2017 |
| 14 | Priscella Marie Castaneda | December 7, 2017 |
| 15 | Sarah Marie Chamberlain | January 24, 2018 |
| 16 | Anthony Ray Chamberlain | January 24, 2018 |
| 17 | Joshua Lynn Clayton | Jan. 2016 to Dec. 2016 |
| 18 | Stephen Bradley Cook | June 20, 2017 |
| 19 | Jerry Dewayne Cox | Dec. 2017 & Jan. 2018 |
| 20 | Shawn Allen Davis | October 1, 2017 |

| Count | Defendant | On/In or About |
|---|---|---|
| 21 | **Billy Joe Duke** | Feb. 2016 to Oct. 2016 |
| 22 | **Alexandra Nichole Dyer** | Jan. to Oct. 2017 |
| 23 | **Vincent Daniel Fanus** | Jan. & Feb. 2018 |
| 24 | **Amanda Marie Gallippo** | Jan. 2018 |
| 25 | **Forrest Geffert** | April 6, 2018 |
| 26 | **Tyler Jacob Gehrke** | May 24, 2017 |
| 27 | **Eric Phillip Gross** | March 20, 2018 |
| 28 | **Jeffrey Scott Hatfield** | June 20, 2017 |
| 29 | **John Paul Henderson** | Jan. 2018 |
| 30 | **Elissa Segovia Herrera** | August 30, 2017 |
| 31 | **Randi Michelle Jackson** | April 2017 to Dec. 2017 |
| 32 | **Jason Jaime** | May & June 2017 |
| 33 | **Garry Cody Jones** | January 28, 2016 |
| 34 | **Adam Tyler Lambert** | February 6, 2018 |
| 35 | **Christopher Dean Lancaster** | February 24, 2017 |
| 36 | **Jason Davon Laurenson** | May & June 2017 |
| 37 | **Francisco Jacobo Maestas** | July 2015 to April 2018 |
| 38 | **Arthur Marin, Jr.** | November 2, 2017 |
| 39 | **Derrick Shawn McCoy** | October 7, 2015 |
| 40 | **Ashley Renee Merritt** | July 2017 to Nov. 2017 |
| 41 | **Justin Mark Nelson** | Mar. 2016 to Mar. 2018 |
| 42 | **Jorge Alberto Nevarez** | Nov. 2015 to Mar. 2016 |
| 43 | **Ashley Nicole Norris** | June 2017 to Feb. 2018 |
| 44 | **Kristin Blaze O'Meara** | October 26, 2017 |
| 45 | **Michelle Marie Pace** | Mar. 2018 |
| 46 | **Lawrence Bryce Probeck** | Jan. 2018 to Mar. 2018 |
| 47 | **Gary Wayne Ratliff** | November 1, 2015 |
| 48 | **Bailey Sanders** | Jan. 2016 to Nov. 2017 |
| 49 | **Jeffrey David Staley** | January 3, 2018 |
| 50 | **Nghia Phuoc Tran** | Aug. 2017 |

**Third Superseding Indictment – Page 15**

Count Fifty-One
Possession of a Firearm by a Felon
[Violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2)]

47.     The allegations contained in paragraphs 1 through 46 are realleged and fully incorporated herein.

48.     On or about the dates listed below, in the Dallas Division of the Northern District of Texas, the defendants listed below, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, as described below, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

| Count | Defendant | On or About | Firearm |
|-------|-----------|-------------|---------|
| 51 | Josiah David Phillips | July 11, 2017 | Bryco Arms Jennings Nine 9 mm handgun serial # 1392240 |
| 52 | Christopher Dean Lancaster | February 24, 2017 | Savage .22 caliber revolver serial # 45467 |
| 53 | Francisco Jacobo Maestas | July 30, 2015 | Sun City/Stevens 12 gauge shotgun serial # 150507B |

**Third Superseding Indictment – Page 16**

<u>Count Fifty-Four</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846 and 18 U.S.C § 2]

49.     The allegations contained in paragraphs 1 through 48 are realleged and fully incorporated herein.

50.     In or about March 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Andria Dolores Boucher, Forrest Geffert,** and **Corey Evan Robeson** knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of U-47700, commonly known as "U-4" or "Pink," a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

<u>Count Fifty-Five</u>
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

51.     The allegations contained in paragraphs 1 through 50 are realleged and fully incorporated herein.

52.     Between in on or about May 2015 and in or about March 2016, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jorge Alberto Nevarez**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

Forfeiture Notice
[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461
and 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a)]

53.     Upon conviction for Count One and/or Fifty-One, pursuant to 18 USC §

981(a)(1)(C) and 28 USC § 2461 or 18 U.S.C. § 924(d), and upon conviction for any of

Counts Two through Fifty and Count Fifty-Two, pursuant to 21 U.S.C. § 853(a), the

defendants, **Joshua David Lane, Craig Gibson Wilbur, Maricella Nicole Segoviano,**

**James Dayton Andersen, Donald Franklin Williams, Tanya Lynn Scroggins,**

**Matthew Randall Agan, Justin Ray Monroe, Miriam Crystal Herrera, Ralph Jay**

**Adams, Heather Michelle Bernhagen, Andria Dolores Boucher, William Douglas**

**Bourne, Jerry Cardenas, Jr., Priscella Marie Castaneda, Sarah Marie Chamberlain,**

**Anthony Ray Chamberlain, Joshua Lynn Clayton, Amber Cherie Cook, Stephen**

**Bradley Cook, Jerry Dewayne Cox, Shawn Allen Davis, Billy Joe Duke Alexandra**

**Nichole Dyer, Vincent Daniel Fanus, Amanda Marie Gallippo, Forrest Geffert, Tyler**

**Jacob Gehrke, Eric Paul Gross, Jeffrey Scott Hatfield, John Paul Henderson, Elissa**

**Segovia Herrera, Randi Michelle Jackson, Jason Jaime, Garry Cody Jones, Adam**

**Tyler Lambert, Christopher Dean Lancaster, Jason Davon Laurenson, Jerry Wayne**

**Lunsford, Francisco Jacobo Maestas, Arthur Marin, Jr., Derrick Shawn McCoy,**

**Ashley Renee Merritt, Justin Mark Nelson, Jorge Alberto Nevarez, Ashley Nicole**

**Norris, Kristin Blaze O'Meara, Michelle Marie Pace, Josiah David Phillips, Lawrence**

**Bryce Probeck, Gary Wayne Ratliff, Corey Evan Robeson, Bailey Sanders, Rene**

**Solis, Jeffrey David Staley, Nghia Phuoc Tran,** and **Jose Luiz Zavala** shall forfeit to the

United States of America all property, real or personal, constituting, or derived from, the

proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense. This specifically includes the following firearms:

1. a SKS RIFLE- Serial Number ZAPAP1001225 (as to **Lane** and **Merritt**);

2. a Beretta PX4 Storm-Serial Number PY64540 (as to **Lane** and **Jackson**);

3. a Sig Sauer P938 Serial Number 5213136556 (as to **Lane** and **Jackson**);

4. a Ruger SR 556 Serial Number 59126235 (as to **Lane** and **Jackson**);

5. $10,788 seized from Segoviano on July 11, 2017 (as to **Wilbur** and **Segoviano**);

6. a Fabrique Nationale Herstal (FNH) USA, Model FNX-45, 45 Caliber Pistol, Serial Number FX3U043781, seized from Andersen (as to **Andersen** and **Williams**);

7. a Glock, Model 19 Gen 4, 9mm Caliber Rifle, Serial Number YZN534, seized from Andersen (as to **Andersen** and **Williams**);

8. a Glock, Model 19, 9mm Caliber Rifle, Serial Number BCAY930 (as to **Andersen** and **Williams**);

9. a Bryco Arms Jennings Nine 9mm handgun serial #1392240 (as to **Wilbur** and **Segoviano**);

10. a Glock 30 .45 caliber handgun serial #BBAU430 (as to **Wilbur** and **Segoviano**);

11. a Ruger LCP .380 handgun serial #371412172 (as to **Wilbur** and **Segoviano**);

12. a Beretta .22 handgun serial #DAA405390 (as to **Wilbur** and **Segoviano**);

13. a Taurus PT-22 .22 handgun, serial #34142 (as to **Scroggins**);

14. a Glock 42 .380 handgun, serial #AAVA421 (as to **Scroggins**);

15. a New Frontier model #LW-15 serial #NLV12079 rifle (as to **M. Herrera** and **Lambert**);

16. a Smith and Wesson model #15-22 serial #HBS7944 rifle (as to **M. Herrera** and **Lambert**);

17. a Winchester model 42 serial #143199 shotgun (as to **M. Herrera** and **Lambert**);

18. a Sako model AV serial #595215 rifle (as to **M. Herrera** and **Lambert**);

19. a Asi model PAS12 serial #13P01906 shotgun (as to **M. Herrera** and **Lambert**);

20. a Norinco model SKS serial #25010180 rifle (as to **M. Herrera** and **Lambert**);

21. a Ruger model American 6903 serial #690-25945 rifle (as to **M. Herrera** and **Lambert**);

22. a American Tactical model .22LRHV serial #A497493 lower rifle receiver with a GSG-522 upper rifle receiver (as to **M. Herrera** and **Lambert**);

23. $118,009.00 seized 02/06/2018 (as to **M. Herrera** and **Lambert**);

24. $18,866.00 seized 02/06/2018 (as to **Scroggins**);

25. $7,003.00 seized 02/06/2018 (as to **Wilbur** and **Segoviano**);

26. a Forest camouflaged body armor (as to **M. Herrera**);

27. a Primitive homemade suppressor (as to **M. Herrera** and **Lambert**);

28. a Taurus model PT-22 serial # AQE66728 (as to **E. Herrera**);

29. a Derringer model 750 Frontier serial # 44804 handgun (as to **E. Herrera**);

30. a Bryco Jennings model J-22 serial # 1060486 (as to **E. Herrera**);

31. a Savage .22 caliber revolver serial # 45467 (as to **Lancaster**);

32. a Mossberg 20 gauge shotgun with no known serial number (as to **Lancaster**);

33. a Sig Sauer P522 pistol serial # 30A00366 (as to **Laurenson**);

34. a Sun City/Stevens 12 gauge shotgun serial # 150507B (as to **Maestas**);

35. a Colt Police Positive .38 Special handgun serial # 30367R (as to **Nevarez**);

36. a Ruger P95DC 9mm handgun serial # 31122045 (as to **O'Meara**);

37. a Bryco Arms Jennings Nine 9 mm handgun serial # 1392240 (as to **Phillips**); and

38. a Ruger .45 caliber pistol serial # 660-26333 (as to **Tran**).

A TRUE BILL

_____

FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY

_____

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA DAVID LANE (1), CRAIG GIBSON WILBUR (2), MARICELLA NICOLE
SEGOVIANO (3), JAMES DAYTON ANDERSEN (4) aka "Popeye", DONALD
FRANKLIN WILLIAMS (5), TANYA LYNN SCROGGINS (6) aka "Tanya Lynn
Burns", MATTHEW RANDALL AGAN (7), JUSTIN RAY MONROE (8),
MIRIAM CRYSTAL HERRERA (9), RALPH JAY ADAMS (10) HEATHER
MICHELLE BERNHAGEN (11), ANDRIA DOLORES BOUCHER (12), WILLIAM
DOUGLAS BOURNE (13), JERRY CARDENAS, JR. (14), PRISCELLA MARIE
CASTANEDA (15), SARAH MARIE CHAMBERLAIN (16)   aka "Sarah Marie
Hammons", ANTHONY RAY CHAMBERLAIN (17), JOSHUA LYNN CLAYTON
(18) aka "Joker", AMBER CHERIE COOK (19), STEPHEN BRADLEY COOK (20),
JERRY DEWAYNE COX (21), SHAWN ALLEN DAVIS (22) aka "Suicide", BILLY
JOE DUKE (23), ALEXANDRA NICHOLE DYER (24), VINCENT DANIEL FANUS
(25), AMANDA MARIE GALLIPPO (26), FOREST GEFFERT (27), TYLER JACOB
GEHRKE (28)  aka "Greedy", ERIC PAUL GROSS (29), JEFFREY SCOTT
HATFIELD (30), JOHN PAUL HENDERSON (31)  aka "JP", ELISSA SEGOVIA
HERRERA (32), RANDI MICHELLE JACKSON (33), JASON JAIME (34), GARRY
CODY JONES (35), ADAM TYLER LAMBERT (36) ,  CHRISTOPHER DEAN
LANCASTER (37), JASON DAVON LAURENSON (38), JERRY WAYNE
LUNSFORD (39), aka "Looney", FRANCISCO JACOBO MAESTAS (40),
aka "Freaky", ARTHUR MARIN, JR. (41) ,DERRICK SHAWN MCCOY (42)
aka "Taz", ASHLEY RENEE MERRITT (43), JUSTIN MARK NELSON (44) aka
"Animal", JORGE ALBERTO NEVAREZ (45), ASHLEY NICOLE NORRIS (46),
KRISTEN BLAZE O'MEARA (47), aka "Purple", MICHELLE MARIE PACE (48),
JOSIAH DAVID PHILLIPS (49), LAWRENCE BRYCE PROBECK (50), GARY
WAYNE RATLIFF (51) aka "Bama", COREY EVAN ROBESON (52) aka "Face",
BAILEY SANDERS (53), RENE SOLIS (54), JEFFREY DAVID STALEY (55),
NGHIA PHUOC TRAN (56), JOSE LUIZ ZAVALA  (57) aka "Wicho".

SEALED THIRD SUPERSEDING INDICTMENT

18 U.S.C. § 1201(c) (18 U.S.C. § 1201(a)(1)); 18 U.S.C. § 2
Conspiracy to Commit Kidnapping

21 U.S.C. § 846 and 18 U.S.C. § 2
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2
Possession of a Controlled Substance with Intent to Distribute

18 U.S.C. §§ 922(g)(l) and 924(a)(2)
Possession of a Firearm by a Felon

Forfeiture Notice
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461
and 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a)

55 Counts

A true bill rendered

-----------------------------------------------------------------------------------------------------

DALLAS                                                                    FOREPERSON

Filed in open court this 11th day of April, 2018.

-----------------------------------------------------------------------------------------------------
**Warrant to be Issued FOR DEFENDANTS 10 THROUGH 57**
-----------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending:  3:18-CR-006-D