# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 23, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-11421    USA v. Corey Robeson
                          USDC No. 3:18-CR-6-52

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn A. Johnson, Deputy Clerk
                          504-310-7998

Mr. James Wesley Hendrix
Ms. Karen S. Mitchell
Mr. John Eric Nickols

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-11421

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

COREY EVAN ROBESON, also known as Face,

Defendant - Appellant

A True Copy
Certified order issued May 23, 2019

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Northern District of Texas

Before OWEN, WILLETT, and OLDHAM, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's opposed motion to dismiss the appeal is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative motion for an extension of thirty (30) days from denial of motion to dismiss to file appellee's brief is DENIED as moot.